GREEN, Com'r, v. CARTER et al. (Supreme Court, Appellate Division, Fourth Department. October 21, 1904.) Action by George E. Green, as commissioner, etc., against Harry D. Carter and others. No opinion. Appeal dismissed, without costs, upon stipulation of the parties.

GRIEB v. CITY OF SYRACUSE. (Supreme Court, Appellate Division. Fourth Department. October 4, 1904.) Action by Gottlieb Grieb against the city of Syracuse. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

In re GRIFFING. (Supreme Court, Appellate Division, Second Department. October 11, 1904.) In the matter of the judicial settlement of the accounts of Timothy M. Griffing, sole surviving administrator with the will annexed of William Mazurie, deceased. No opinion. Application granted and order signed.

GRIFFITH, Appellant, v. DUNPHY, Respondent. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by Leonard Griffith against John Dunphy. No opinion. Judgment and order affirmed, with costs.

GRISWOLD, Appellant, v. HAWLEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 21, 1904.) Action by Addie H. Griswold, as executrix, etc., against William H. Hawley. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied.

GRUBE v. HAMBURG-AMERICAN PACKET CO. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Action by Minnie Grube, as administratrix, against the Hamburg-American Packet Company. No opinion. Motion denied, with $10 costs.

GUEST, Respondent, v. GUEST, Appellant. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by Helen L. Guest against A. Royal Guest. W. P. Maloney, for appellant. L. E. Warren, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HAFT v. LISANTI. (Supreme Court, Appellate Division, First Department. November 18, 1904.) Action by Isaac Haft against Michele Lisanti. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

HALL v. LANZA. (Supreme Court, Appellate Division, Fourth Department. November 30, 1904.) Action by J. Preston Hall against Peter Lanza. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

HALL, Respondent, v. REMSEN, Appellant. (Supreme Court, Appellate Division, First Department. November 25, 1904.) Action by Charles E. Hall against John F. Remsen. G.

B. Stoddart, for appellant. G. H. Taylor, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HAMBLIN, Respondent, v. STRETCH, Appellant. (Supreme Court, Appellate Division, Second Department. November 23, 1904.) Action by Carrie Hamblin, executrix, etc., against Peter Stretch. No opinion. Judgment of the Municipal Court affirmed, with costs.

HAMILTON v. HAMILTON. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action by William F. Hamilton against Susan A. Hamilton. No opinion. Motion granted, so far as to dismiss appeal. with $10 costs.

HAMILTON FIRE INS. CO., Appellant, v. NEW AMSTERDAM GAS CO., Respondent. HANOVER FIRE INS. CO., Appellant, v. SAME, Respondent. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Actions by the Hamilton Fire Insurance Company and the Hanover Fire Insurance Company against the New Amsterdam Gas Company. M. Feltenstein, for appellants. M. F. Tompkins, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HAMILTON TRUST CO., Respondent, v. BARNABY, Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by the Hamilton Trust Company against Annie E. Barnaby. No opinion. Interlocutory judgment affirmed, with costs.

HAMILTON TRUST CO., Appellant, v. WRAY, Respondent. (Supreme Court, Appellate Division, Second Department. October 14, 1904.) Action by the Hamilton Trust Company, as executor, etc., of Kate Anderson, deceased, against William H. Wray. No opinion. Reargument ordered, and case set down for November 15, 1904.

HAMM, Appellant, v. CONNORS, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 11, 1904.) Action by Edward Hamm, by guardian, against William J. Connors. No opinion. Judgment and order affirmed, with costs.

HAMM v. CONNORS. (Supreme Court, Appellate Division, Fourth Department. November 30, 1904.) Action by Edward Hamm, by guardian, etc., against William J. Connors. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

HARRIS, Respondent, v. HARRIS, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by Godfrey H. Harris against Sarah Harris. No opinion. Appeals dismissed, with $10 costs.

HARRIS, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. Novem-